UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARREN AIKEN, JR.,

    Plaintiff,

v.                          Case No. 3:15cv299/LC/CJK

HOWARD W. MELTON, et al.,

    Defendants.
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 7, 2015 (doc. 3), pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the court.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 3) is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g), and the clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of August, 2015.

                                    *s/L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**